| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | Pamela Q. Devata (*pro hac vice* forthcoming)<br>pdevata@seyfarth.com |
| 3 | 233 South Wacker Drive, Suite 8000<br>Chicago, Illinois 60606-6448 |
| 4 | Telephone:  (312) 460-5000<br>Facsimile:   (312) 460-7000 |
| 5 | SEYFARTH SHAW LLP |
| 6 | Timothy L. Hix (SBN 184372)<br>thix@seyfarth.com |
| 7 | 333 S. Hope Street, Suite 3900<br>Los Angeles, California 90071 |
| 8 | Telephone:  (213) 270-9600<br>Facsimile:   (213) 270-9601 |
| 9 | SEYFARTH SHAW LLP |
| 10 | Selyn Hong (SBN 303398)<br>shong@seyfarth.com |
| 11 | 560 Mission Street, 31st Floor<br>San Francisco, California 94105 |
| 12 | Telephone:  (415) 397-2823<br>Facsimile:   (415) 397-8549 |
| 13 | Attorneys for Defendant |
| 14 | A-CHECK AMERICA, INC., d/b/a<br>A-CHECK GLOBAL |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY BRYANT,<br><br>         Plaintiff,<br><br>    v.<br><br>A-CHECK AMERICA, INC.<br>d/b/a A-CHECK GLOBAL,<br><br>         Defendant. | Case No. 8:16-CV-02145-JLS-DFM<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7** |

NOTICE OF SETTLEMENT / CASE NO. 8:16-CV-02145-JLS-DFM

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 16-15.7, Plaintiff James Anthony Bryant and Defendant A-Check America, Inc. d/b/a A-Check Global have settled this matter and will file a Joint Dismissal With Prejudice Pursuant To Federal Rule of Civil Procedure 41 no later than August 31, 2017.

DATED: July 21, 2017     TATAR LAW FIRM, APC

By: /s/ *Stephanie R. Tatar*
Stephanie R. Tatar
Attorneys for Plaintiff
JAMES ANTHONY BRYANT

DATED: July 21, 2017     SEYFARTH SHAW LLP

By: /s/ *Selyn Hong*
Pamela Q. Devata (*pro hac vice* forthcoming)
Timothy L. Hix
Selyn Hong
Attorneys for Defendant
A-CHECK AMERICA, INC., d/b/a A-CHECK GLOBAL

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Selyn Hong, attest that the contents of this document are acceptable to Stephanie R. Tatar, counsel for Plaintiff JAMES ANTHONY BRYANT, and that Ms. Tatar has authorized the filing of this Notice.

Executed this 21st day of July 2017 in San Francisco, California.

/s/ *Selyn Hong*