JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY BRYANT,<br><br>　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>A-CHECK AMERICA, INC.<br><br>　　　　　Defendant(s). | Case No. SACV 16-02145-JLS(DFMx)<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

　　　On July 21, 2017, Defendant filed a Notice of Settlement (doc. 30), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

　　　///

　　　///

1    The parties shall file a Stipulation of Dismissal no later than
2 August 26, 2017. If no dismissal is filed, the Court deems the
3 matter dismissed at that time.
4    The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.
6
7 IT IS SO ORDERED.
8
9 DATED: July 26, 2017                    JOSEPHINE L. STATON
                                          _____
10                                        HONORABLE JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28